UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CROWN CRAFTS INFANT
PRODUCTS, INC.

CIVIL ACTION

VERSUS

NO. 11-354-BAJ-SCR

SMART DEALS, INC., ET AL

**RULING AND
ORDER OF TRANSFER**

The Court, having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 11, 2012 (doc. 24), the plaintiff's objection thereto (doc. 27), hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that Defendants Smart Deals, Inc. and JoJo Designs, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (doc. 5) is granted, and this matter is hereby transferred to the United States District Court, Southern District of Florida.

Baton Rouge, Louisiana, January 31, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA